# UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

| | |
|---|---|
| United Capital Management of Kansas, Inc. and CHAD M. KOEHN<br><br>Plaintiffs, counter-defendants<br>v.<br>Michael Nelson<br><br>Defendant; Counter-Plaintiff PRO-Se. | DOCKET NO.:  5:22-CV-04008-JWB-TJJ/:<br>CIVIL ACTION<br><br>**Entry of Appearance - Pro Se**<br><br>Court of Appeals Docket #: 23-3005 |

## UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

### Entry of Appearance - Pro Se

I hereby notify the clerk that I am appearing pro se as the: <u>Appellant</u> in this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

**X** Further, in accordance with 10th Cir. R. 46.1, I certify: (Check one.) All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on appeal

Respectfully Submitted, this 19th day of January 2023;

*/s/ Michael Nelson*

Michael E. Nelson - Pro Se

Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com   Phone:  702-932-3434

I, Michael Nelson, defendant and Counter Plaintiff, and Petitioner also herewith request this Honorable US Federal Court of Appeals to adhere to the principles and doctrine as they shall so apply to a person so impoverished as myself who must appear in proper person, pro se, before the US Federal Article III Constitutional Court and apply a document filed pro se is "to be liberally construed," *Estelle, 429 U.S., at 106, 97 S.Ct. 285*, and "a pro se complaint [pleading], however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers," *ibid. Cf. Fed. Rule Civ. Proc. 8(f)* ("All pleadings shall be so construed as to do substantial justice"). In the interests of substantial justice and to prevent manifest injustice the Courts generally review "filings generously and with the leniency due pro se litigants", see *Erickson v. Pardus, (2007); Andrews v. Heaton*

Respectfully Submitted, this 19th day of January 2023;



Michael Nelson
9450 SW Gemini Dr PMB 90924
Beaverton, Oregon 97008-7105

chadkoehnlawsuit@nosoybean.com
Phone: 702-932-3434