# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| CHAD M. KOEHN, et al.<br>    Plaintiffs, Counter-<br>    Defendants-Appellees<br><br>vs.<br><br>MICHAEL NELSON<br>    Defendant, Crossclaimant-<br>    Appellant | Case No. 23-3005 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appears as counsel for _Chad M. Koehn and United Capital Management of Kansas, Inc._
Party or Parties
_Appellees/Plaintiffs_ , in the subject case.
Appellant/Petitioner or Appellee/Respondent

☐ Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)** On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

⊗ There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Lawrence G. Michel<br>Name of Counsel<br><br>*(signature)*<br>Signature of Counsel<br><br>P.O. Box 2567, Salina, KS 67402-2567/785-825-4674<br>Mailing Address and Telephone Number<br><br>lmichel@kenberk.com<br>E-Mail Address | Christopher J. Kellogg<br>Name of Counsel<br><br>*(signature)*<br>Signature of Counsel<br><br>P.O. Box 2567, Salina, KS 67402-2567/785-825-4674<br>Mailing Address and Telephone Number<br><br>ckellogg@kenberk.com<br>E-Mail Address |

A-5  Entry of Appearance Form 10/09

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) __January 26, 2023__   via (state method of service) __email__

to  Appellant/Defendant Michael Nelson
(chadkoehnlawsuit@nosoybean.com
(*See* Fed. R. App. P. 25(b))

_____
(Signature)